IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CARL E. HUELSMAN, :

    Plaintiff,                         Case No. 3:13-cv-00413

-vs-

                                    District Judge Walter Herbert Rice
                                    Magistrate Judge Michael R. Merz

WILLIAM RUSSELL GROSZ,

    Defendant. :

---

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

---

       The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #10), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

       It is hereby ORDERED that the Complaint be dismissed without prejudice for lack of subject matter jurisdiction.

February 26, 2014.

                                                         Walter Herbert Rice
                                                         United States District Judge